**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO:  3:09-CV-5609<br>M:07-CV-1827-SII |
| NOKIA CORPORATION and NOKIA INC., <br><br>                              Plaintiffs, <br><br>v. <br><br>AU OPTRONICS CORPORATION et al. <br><br>                              Defendants. | **[PROPOSED] ORDER GRANTING PLAINTIFFS NOKIA CORPORATION AND NOKIA INC.'S MOTION TO SERVE DEFENDANTS CHUNGHWA PICTURE TUBES LTD. AND TATUNG COMPANY THROUGH THEIR U.S. COUNSEL PURSUANT TO FED. R. CIV. P. 4(f)(3)** |
| This Document Relates to: Case No. 3:09-CV-5609 | |

Upon consideration of Plaintiffs Nokia Corporation and Nokia Inc.'s ("Nokia") Motion to Serve Defendants Chunghwa Picture Tubes Ltd. and Tatung Company Through Their U.S. Counsel pursuant to Federal Rule of Civil Procedure 4(f)(3), and it appearing to the Court that there is GOOD CAUSE shown, the Court makes the following order:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Plaintiffs' Motion for Order Authorizing Plaintiffs to Serve Defendants Chunghwa Picture Tubes Ltd. and Tatung Company Through Their U.S. Counsel Pursuant to Fed. R. Civ. P. 4(f)(3) is hereby GRANTED.

IT IS FURTHER ORDERED that pursuant to Federal Rule of Civil Procedure 4(f)(3), Plaintiffs are authorized to serve a summons, the Complaint, and the supplementary material enumerated in Civil Local Rule 4-2, N.D. Cal., upon Chunghwa Picture Tubes Ltd. and Tatung Company, by delivering the aforementioned documents to domestic counsel of record for the

1    defendants in the United States listed below:

2

3    *Counsel for Chunghwa Picture Tubes*          Joel Sanders
     *Ltd.*
4                                                  Joshua D. Hess
                                                   **GIBSON DUNN & CRUTCHER LLP**
5                                                  Post Montgomery Center
                                                   555 Mission Street, Suite 3000
6                                                  San Francisco, CA 94105
                                                   Telephone: (415) 393-8200
7                                                  Facsimile: (415) 986-5309
                                                   Email: jsanders@gibsondunn.com;
8                                                  jhess@gibsondunn.com

9
     *Counsel for Tatung Company*
10                                                 Patrick J. Ahern
                                                   Roxane C. Busey
11                                                 Karen Sewell
                                                   **BAKER & MCKENZIE LLP**
12                                                 One Prudential Plaza
13                                                 130 East Randolph Drive
                                                   Chicago, IL 60601
14                                                 Telephone: (312) 861-8000
                                                   Email: patrick.j.ahern@bakernet.com;
15                                                 roxane.c.busey@bakernet.com

16                                                 Bruce H. Jackson
17                                                 Robert W. Tarun
                                                   Nancy C. Allred
18                                                 **BAKER & MCKENZIE LLP**
                                                   Two Embarcadero Center, Eleventh Floor
19                                                 San Francisco, CA 94111-3802
                                                   Telephone: (415) 576-3000
20                                                 Facsimile: (415) 476-3099
                                                   Email: bruce.h.jackson@bakernet.com;
21                                                 robert.w.tarun@bakernet.com;
                                                   nancy.c.allred@bakernet.com
22

23

24   **IT IS SO ORDERED.**

25   _____

26   DATE                                          _____
                                                   Hon. Susan Illston
27                                                 United States District Judge

28

**[PROPOSED] ORDER GRANTING PLAINTIFFS NOKIA**                    **MASTER FILE NO. M:07-CV-1827-SII**
**CORPORATION AND NOKIA INC.'S MOTION TO SERVE**     2           **CASE NO. 3:09-CV-5609**
**DEFENDANTS THROUGH U.S. COUNSEL**