4491

Randall Allen (State Bar No. 264067)
**ALSTON + BIRD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California  94306
Telephone:  650-838-2000
Facsimile:  650-838-2001
Email:  randall.allen@alston.com

Peter Kontio (peter.kontio@alston.com)
Valarie C. Williams (valarie.williams@alston.com)
B. Parker Miller (parker.miller@alston.com)
Joann E. Johnston (joann.johnston@alston.com)
Lisa K. Bojko (lisa.bojko@alston.com)
Donald M. Houser (donald.houser@alston.com)
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone:  404-881-7000
Facsimile:  404-881-7777

Richard W. Stimson (rick.stimson@alston.com)
**ALSTON + BIRD LLP**
Chase Tower, Suite 3601
2200 Ross Avenue
Dallas, Texas 75201
Telephone:  214-922-3400
Facsimile:  214-922-3899

*Attorneys for Plaintiffs Nokia Corporation and Nokia Inc.*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | |
| This Document Relates to: Case No. 3:09-CV-5609 | CASE NO:  3:09-CV-5609 MDL FILE NO:  3:07-MD-1827-SII |
| NOKIA CORPORATION and NOKIA INC., | **STIPULATION OF DISMISSAL AND PROPOSED ORDER** |
| Plaintiffs, | |
| v. | |
| AU OPTRONICS CORPORATION, et al. | |
| Defendants. | |

1    Plaintiff Nokia Corporation and Nokia Inc. ("Nokia"), and Defendants Seiko Epson

2  Corporation; Epson Imaging Devices Corporation; and Epson Electronics America, Inc.

3  ("Epson"), by their respective attorneys and under Rule 41(a)(2) of the Federal Rules of Civil

4  Procedure, hereby stipulate to the dismissal of the present action with prejudice and state as follows:

5    1. Nokia and Epson seek the dismissal of this action with prejudice.

6    2. This stipulation does not affect the rights or claims of Nokia against any other defendant or

7    co-conspirator in this litigation.

8  WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of

9  Dismissal.

10    **IT IS SO STIPULATED.**

11    Date:  January 6, 2012.

12

13                                          By:    *//s// B. Parker Miller*
                                                    Randall Allen (State Bar No. 264067)
14                                                  B. Parker Miller
                                                    **ALSTON + BIRD LLP**
15                                                  1201 West Peachtree Street
                                                    Atlanta, Georgia 30309
16                                                  Telephone:  404-881-7000
                                                    Facsimile:   404-881-7777
17                                                  ***Counsel for Nokia Inc. and Nokia Corporation***

18
                                            By:    *//s// Stephen P. Freccero*
19                                                  Melvin R. Goldman (CA SB No. 34097)
                                                    Stephen P. Freccero (CA SB No. 131093)
20                                                  Derek F. Foran (CA SB No. 224569)
                                                    **MORRISON & FOERSTER LLP**
21                                                  425 Market Street
                                                    San Francisco, California 94105
22                                                  Telephone: (415) 268-7000
                                                    Facsimile: (415) 268-7522
23
                                                    ***Counsel for Defendants Seiko Epson***
24                                                  ***Corporation; Epson Imaging Devices***
                                                    ***Corporation; and Epson Electronics America,***
25                                                  ***Inc.***

26

27

28

1   Randall Allen (State Bar No. 264067)
**ALSTON + BIRD LLP**
2   275 Middlefield Road, Suite 150
Menlo Park, California  94025
3   Telephone:  650-838-2000
Facsimile:  650-838-2001
Email:  randall.allen@alston.com
4
Peter Kontio (peter.kontio@alston.com)
5   Valarie C. Williams (valarie.williams@alston.com)
B. Parker Miller (parker.miller@alston.com)
6   **ALSTON + BIRD LLP**
1201 West Peachtree Street
7   Atlanta, Georgia 30309
Telephone:  404-881-7000
8   Facsimile:  404-881-7777

9   Richard W. Stimson (rick.stimson@alston.com)
**ALSTON + BIRD LLP**
10  Chase Tower, Suite 3601
2200 Ross Avenue
11  Dallas, Texas 75201
Telephone:  214-922-3400
12  Facsimile:  214-922-3899

13  *Attorneys for Plaintiffs Nokia Corporation and Nokia Inc.*

14                **UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
15                     **SAN FRANCISCO DIVISION**

16  IN RE TFT-LCD (FLAT PANEL) ANTITRUST
LITIGATION
17
This Document Relates to:  All Cases
18
NOKIA CORPORATION and
19  NOKIA INC.,                                    CASE NO:  3:09-CV-5609
MDL FILE NO:  3:07-MD-1827-SI
20                          Plaintiffs,
**PROPOSED ORDER**
21  v.

22
AU OPTRONICS CORPORATION et al.
23
Defendants.
24

25
26          The Court having considered the stipulation of the parties, and good cause appearing

27  therefore, orders as follows:

28          1. Nokia Corporation and Nokia Inc.'s action is dismissed with prejudice as to Defendants

1    Seiko Epson Corporation; Epson Imaging Devices Corporation; and Epson Electronics America, Inc.

2    pursuant to FRCP 41(a)(2).

3        2. Each party shall bear their own costs and attorneys' fees.

4        IT IS SO ORDERED.

5        This __6th__ day of January, 2012.

6

7

8    Dated: _____6/12_____

9        Hon. Susan Y. Illston
    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28