Randall Allen (State Bar No. 264067)
**ALSTON + BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, California 94025
Telephone: 650-838-2000
Facsimile: 650-838-2001
Email: randall.allen@alston.com

Peter Kontio (peter.kontio@alston.com)
Valarie C. Williams (valarie.williams@alston.com)
B. Parker Miller (parker.miller@alston.com)
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777

Richard W. Stimson (rick.stimson@alston.com)
**ALSTON + BIRD LLP**
Chase Tower, Suite 3601
2200 Ross Avenue
Dallas, Texas 75201
Telephone: 214-922-3400
Facsimile: 214-922-3899

*Attorneys for Plaintiffs Nokia Corporation and Nokia Inc.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to: All Cases<br><br>NOKIA CORPORATION and NOKIA INC.,<br>               Plaintiffs,<br>v.<br><br>AU OPTRONICS CORPORATION et al.<br>               Defendants. | CASE NO: 3:09-CV-5609<br>MDL FILE NO: 3:07-MD-1827-SI<br><br>~~PROPOSED~~ ORDER |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. Nokia Corporation and Nokia Inc.'s action is dismissed with prejudice as to Defendants

1   Seiko Epson Corporation; Epson Imaging Devices Corporation; and Epson Electronics America, Inc.
2   pursuant to FRCP 41(a)(2).
3       2. Each party shall bear their own costs and attorneys' fees.
4       IT IS SO ORDERED.
5       This 9th day of January, 2012.

8   Dated: _____        _____
9                                    Hon. Susan Y. Illston
                                     United States District Judge