IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION _____/ This Order Relates to: *AT&T Mobility LLC v. AU Optronics Corp., et al.,* C 09-4997 SI *Motorola Mobility, Inc. v. AU Optronics Corp., et al.,* C 09-5480 SI *Nokia Corp. v. AU Optronics Corp., et al.,* C 09-5609 SI *Dell, Inc. and Dell Products, L.P. v. Sharp Corp., et al.,* C 10-1064 SI *Electrograph Systems, Inc. v. Epson Imaging Devices Corp., et al.,* C 10-0117 SI *Best Buy Co., Inc. v. AU Optronics Corp., et al.,* C 10-4572 SI *Target Corp. v. AU Optronics Corp., et al.,* C 10-4945 SI *Costco Wholesale Corp. v. AU Optronics Corp., et al.,* C 11-0058 SI _____/ | No. M 07-1827 SI MDL. No. 1827 Case Nos.: C 09-4997 SI; C 09-5480 SI; C 09-5609 SI; C 10-1064 SI; C 10-0117 SI; C 10-4572 SI; C 10-4945 SI; C 11-0058 SI **ORDER DENYING MOTIONS TO FILE DOCUMENTS UNDER SEAL** |

The Court has reviewed the information that the parties wish to file under seal. None of the information appears to be current sensitive business information. Further, much of the information has already been made public or will soon be made public through its use at trial.

Accordingly, the Court DENIES the following ex parte applications to file documents under seal: Master Docket Nos. 6139, 6142, 6150, 6162, 6171, 6172, 6175, 6180, 6181, 6188, 6191, 6192, 6200,

6201, 6202, 6206, 6211, 6214, 6241, 6248, 6252, and 6253. *See* Order re Administrative Motions to File Documents Under Seal, Master Docket No. 6243.

**IT IS SO ORDERED.**

Dated: July 30, 2012

SUSAN ILLSTON
United States District Judge