Randall Allen (State Bar No. 264067)
**ALSTON + BIRD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: 650-838-2000
Facsimile: 650-838-2001
Email: randall.allen@alston.com

Peter Kontio (peter.kontio@alston.com)
Valarie C. Williams (valarie.williams@alston.com)
B. Parker Miller (parker.miller@alston.com)
Donald M. Houser (donald.houser@alston.com)
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777

Richard W. Stimson (rick.stimson@alston.com)
**ALSTON + BIRD LLP**
Chase Tower, Suite 3601
2200 Ross Avenue
Dallas, Texas 75201
Telephone: 214-922-3400
Facsimile: 214-922-3899

*Attorneys for Plaintiffs Nokia Corporation and Nokia Inc.*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to: Case No. 3:09-CV-5609<br><br>NOKIA CORPORATION and NOKIA INC.,<br><br>                    Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.<br><br>                    Defendants. | CASE NO: 3:09-CV-5609<br>MDL FILE NO: 3:07-MD-1827-SI<br><br>**STIPULATION OF DISMISSAL AND PROPOSED ORDER** |

Plaintiff Nokia Corporation and Nokia Inc. ("Nokia"), and Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc. ("Hitachi"), by their respective attorneys and under Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1. Nokia and Hitachi seek the dismissal of this action against Hitachi with prejudice.

2. This stipulation does not affect the rights or claims of Nokia against any other defendant in this litigation.

3. Both Nokia and Hitachi are to bear their own costs and fees.

WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal.

**IT IS SO STIPULATED.**

Date: December 19, 2012.

By: *s/ B. Parker Miller*
Randall Allen (State Bar No. 264067)
B. Parker Miller
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777
*Counsel for Nokia Inc. and Nokia Corporation*

By: *s/ Kent M. Roger*
Kent M. Roger (State Bar No. 95987)
Herman J. Hoying (State Bar No. 257495)
Michelle M. Kim-Szrom (State Bar No. 252901)
**MORGAN, LEWIS, & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

Randall Allen (State Bar No. 264067)
**ALSTON + BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, California 94025
Telephone: 650-838-2000
Facsimile: 650-838-2001
Email: randall.allen@alston.com

Peter Kontio (peter.kontio@alston.com)
Valarie C. Williams (valarie.williams@alston.com)
B. Parker Miller (parker.miller@alston.com)
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777

Richard W. Stimson (rick.stimson@alston.com)
**ALSTON + BIRD LLP**
2828 North Harwood Street
18th Floor
Dallas, Texas 75201
Telephone: 214-922-3400
Facsimile: 214-922-3899

*Attorneys for Plaintiffs Nokia Corporation and Nokia Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to: All Cases<br><br>NOKIA CORPORATION and NOKIA INC.,<br>　　　　　　　　Plaintiffs,<br>v.<br><br>AU OPTRONICS CORPORATION et al.<br>　　　　　　　　Defendants. | CASE NO: 3:09-CV-5609<br>MDL FILE NO: 3:07-MD-1827-SI<br><br>~~PROPOSED~~ ORDER |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. Nokia Corporation and Nokia Inc.'s action is dismissed with prejudice as to Defendants

Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc. pursuant to FRCP 41(a)(2).

2. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

This __20__ day of December, 2012.

Dated: 12/20/2012

_____
Hon. Susan Illston
United States District Judge

**PROPOSED ORDER**     2     **MASTER FILE NO. 07-MD-1827-SI**
**CASE NO. 3:09-CV-5609**