Randall Allen (State Bar No. 264067)
**ALSTON + BIRD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: 650-838-2000
Facsimile: 650-838-2001
Email: randall.allen@alston.com

Peter Kontio (peter.kontio@alston.com)
Valarie C. Williams (valarie.williams@alston.com)
B. Parker Miller (parker.miller@alston.com)
Donald M. Houser (donald.houser@alston.com)
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777

Richard W. Stimson (rick.stimson@alston.com)
**ALSTON + BIRD LLP**
Chase Tower, Suite 3601
2200 Ross Avenue
Dallas, Texas 75201
Telephone: 214-922-3400
Facsimile: 214-922-3899

*Attorneys for Plaintiffs Nokia Corporation and Nokia Inc.*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to: Case No. 3:09-CV-5609<br><br>NOKIA CORPORATION and NOKIA INC.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.<br><br>　　　　　　　　Defendants. | CASE NO: 3:09-CV-5609<br>MDL FILE NO: 3:07-MD-1827-SI<br><br>**STIPULATION OF DISMISSAL AND PROPOSED ORDER** |

1  Plaintiff Nokia Corporation and Nokia Inc. ("Nokia"), and Defendants Hitachi, Ltd., Hitachi
2  Displays, Ltd., and Hitachi Electronic Devices (USA), Inc. ("Hitachi"), by their respective attorneys
3  and under Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of
4  the present action with prejudice and state as follows:

5      1. Nokia and Hitachi seek the dismissal of this action against Hitachi with prejudice.

6      2. This stipulation does not affect the rights or claims of Nokia against any other defendant in
7  this litigation.

8      3.  Both Nokia and Hitachi are to bear their own costs and fees.

9  WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of
10  Dismissal.

11  **IT IS SO STIPULATED.**

12  Date:  December 19, 2012.

13  By:  *s/ B. Parker Miller*
14  Randall Allen (State Bar No. 264067)
    B. Parker Miller
15  **ALSTON + BIRD LLP**
    1201 West Peachtree Street
16  Atlanta, Georgia 30309
    Telephone:  404-881-7000
17  Facsimile:  404-881-7777
    *Counsel for Nokia Inc. and Nokia Corporation*
18

19  By:  *s/ Kent M. Roger*
    Kent M. Roger (State Bar No. 95987)
20  Herman J. Hoying (State Bar No. 257495)
    Michelle M. Kim-Szrom (State Bar No. 252901)
21  **MORGAN, LEWIS, & BOCKIUS LLP**
    One Market, Spear Street Tower
22  San Francisco, California 94105
    Telephone: (415) 442-1000
23  Facsimile: (415) 442-1001
    *Counsel for Defendants Hitachi, Ltd., Hitachi*
24  *Displays, Ltd., and Hitachi Electronic Devices*
    *(USA), Inc.*
25

26  Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this
27  document has been obtained from each of the above signatories.
28

Randall Allen (State Bar No. 264067)
**ALSTON + BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, California  94025
Telephone:  650-838-2000
Facsimile:   650-838-2001
Email:  randall.allen@alston.com

Peter Kontio (peter.kontio@alston.com)
Valarie C. Williams (valarie.williams@alston.com)
B. Parker Miller (parker.miller@alston.com)
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone:  404-881-7000
Facsimile:   404-881-7777

Richard W. Stimson (rick.stimson@alston.com)
**ALSTON + BIRD LLP**
2828 North Harwood Street
18th Floor
Dallas, Texas 75201
Telephone:  214-922-3400
Facsimile:   214-922-3899

*Attorneys for Plaintiffs Nokia Corporation and Nokia Inc.*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to:  All Cases<br><br>NOKIA CORPORATION and NOKIA INC.,<br><br>                    Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION et al.<br><br>                    Defendants. | CASE NO:  3:09-CV-5609<br>MDL FILE NO:  3:07-MD-1827-SI<br><br>~~PROPOSED~~ ORDER |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. Nokia Corporation and Nokia Inc.'s action is dismissed with prejudice as to Defendants

1  Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc. pursuant to FRCP
2  41(a)(2).
3      2. Each party shall bear their own costs and attorneys' fees.
4      IT IS SO ORDERED.
5      This _20_ day of December, 2012.

8  Dated: 12/20/2012          _____
9                                                                 Hon. Susan Illston
                                                              United States District Judge